Gorgonio Balbuena et al., Appellants, v IDR Realty LLC et al., Defendants and Third-Party Plaintiffs. Taman Management Corp., Third-Party Defendant-Respondent. Attorney General of the State of New York, Intervenor-Appellant.

Submitted November 7, 2005; decided November 17, 2005

Motion by Defense Association of New York, Inc. et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed.

In the Matter of Council of the City of New York, Appellant, v Michael R. Bloomberg, as Mayor of the City of New York, et al., Respondents.

Submitted November 14, 2005; decided November 17, 2005

Motion by Archdiocese of New York et al. for leave to file a brief amici curiae on the appeal herein granted. Two copies of the brief may be served and 22 copies filed within seven days.

In the Matter of Larry Davis, Appellant, v Glenn S. Goord, as Commissioner of Correctional Services, Respondent.

Submitted September 12, 2005; decided November 17, 2005

Motion, insofar as it seeks leave to appeal from so much of the Appellate Division order as dismissed the appeal from Supreme Court's order denying reargument and affirmed Supreme Court's order denying renewal, dismissed upon the ground that such portion of the order does not finally determine the proceeding within the meaning of the Constitution; motion for leave to appeal otherwise denied.